UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES E. ROSS AND
VIVIAN ROSS

CIVIL ACTION

VERSUS

NO. 12-188-FJP-DLD

JONATHAN JEANSONNE AND
STATE FARM INSURANCE COMPANY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that plaintiffs' motion to remand[2] should be granted in part and denied in part. The motion for remand is granted in that this matter is remanded back to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. The portion of the motion which requests attorney's fees and costs is denied.

Baton Rouge, Louisiana, June 14, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 9.

[2] Rec. Doc. No. 4.

Doc#47896